■ RICHARD S. SWEZEY et al., Respondents, v JOHN T. MATHER MEMORIAL HOSPITAL, Appellant. [669 NYS2d 1017] —Appeal by the defendant from an order of the Supreme Court, Suffolk County (Hall, J.), dated March 3, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Hall at the Supreme Court. O'Brien, J. P., Ritter, Thompson, Friedmann and Goldstein, JJ., concur.